**Fill in this information to identify your case:**

Debtor 1  **Elmer Edward Parvin**
  First Name        Middle Name        Last Name

Debtor 2  **Susan Renee Parvin**
(Spouse if, filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Sunrise Acceptance**<br><br>Description of property securing debt: **2006 Dodge Durango 168,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Reaffirm at fair market value** | ☐ No<br>■ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Charter Spectrum**<br><br>Description of leased Property: **Television/Internet Contract** | ■ No<br>☐ Yes |
| Lessor's name: **Direct TV** | ■ No |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Elmer Edward Parvin**
Debtor 2  **Susan Renee Parvin**                                                                 Case number *(if known)*

                       ☐ Yes

Description of leased Property:   **Satellite Contract**

Lessor's name:   **Dish Network**                                                                 ■ No

                       ☐ Yes

Description of leased Property:   **Satellite Contract**

Lessor's name:   **Sprint**                                                                 ■ No

                       ☐ Yes

Description of leased Property:   **Cell Phone Contract**

Lessor's name:   **Verizon Wireless**                                                                 ■ No

                       ☐ Yes

Description of leased Property:   **Cell Phone Contract**

Debtor 1  **Elmer Edward Parvin**
Debtor 2  **Susan Renee Parvin**                              Case number *(if known)*

## Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Elmer Edward Parvin**                              X  **/s/ Susan Renee Parvin**
   **Elmer Edward Parvin**                                     **Susan Renee Parvin**
   Signature of Debtor 1                                       Signature of Debtor 2

   Date  **May 13, 2019**                                   Date  **May 13, 2019**

## United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Elmer Edward Parvin**
      **Susan Renee Parvin**

Debtor(s)

Case No.

Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, the foregoing Statement of Intention was filed electronically. Notice of this filing and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All parties may access this filing through the Court's electronic filing system.

The following parties will be served by United States Postal Service first class mail, postage prepaid:

**Charter Spectrum**
109 Apple Lane, Suite 200
Rogersville, TN 37857

**Robert G Card, III**
As Registered Agent for
Sunrise Acceptance
1800 Mt. Vernon Drive NW
Cleveland, TN 37311-3500

**Direct TV**
Attn: Bankruptcies
PO Box 6550
Greenwood Village, CO 80155-6550

**Sprint**
6391 Sprint Parkway
Overland Park, KS 66251

**Dish Network**
PO Box 94063
Palatine, IL 60094-4063tn sectn

**Verizon Wireless**
Bankruptcy Department
500 Technology Drive
Saint Charles, MO 63304-2225

*/s/ Mark Albert Skelton*
**Mark Albert Skelton**
**Law Office of Mark A. Skelton**
**121 South Depot Street**
**Rogersville, TN 37857**
**423-272-4812Fax:423-272-0712**
**markskelton@markskelton.com**